JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SANDRA PARNESS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION, et al.,<br><br>　　Defendants. | **CASE NO.: 2:20-cv-02229-FMO-PJW**<br><br>**ORDER ON STIPULATION [27] TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Action Filed: March 6, 2020<br>State Complaint Filed: November 25, 2019<br>Pretrial Conference: November 19, 2021, 10:00 a.m.<br>Trial: December 7, 2021, 9:00 a.m. |

On April 23, 2021, the parties jointly submitted a Stipulation of Dismissal, dismissing this entire action and claims herein, with prejudice, to the Court. Accordingly, this action and all claims herein are dismissed with prejudice, and the parties will bear their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 26, 2021　　　　　　　　/s/ Fernando M. Olguin
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER ON STIPULATION TO DISMISS ENTIRE ACTION

# PROOF OF SERVICE

*Sandra Parness, v. Target Corporation, et al.*
United States District Court - Central District of California
Court Case No.: 2:20-cv-0229-FMO-PJW
Client/Matter: 146500

At the time of service, I was over 18 years of age and not a party to the action. My business address is 500 N. Brand Boulevard, Suite 1650, Glendale, California 91203.

On April 26, 2021, I served the following document described as **[PROPOSED] ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE STIPULATION FOR DISMISSAL** on the following persons at the following address:

## SEE ATTACHED SERVICE LIST

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☒ **BY ELECTRONIC SERVICE:** I caused the above-entitled document(s) to be served via E-mail to the E-mail addresses on the attached Service List.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 26, 2021, at Glendale, California.

*/s/ Liseth Gonzalez*
LISETH GONZALEZ

2
[PROPOSED] ORDER ON STIPULATION TO DISMISS ENTIRE ACTION

## SERVICE LIST

*Sandra Parness v. Target Corporation, et al.*
United States District Court
Central District of California, Court Case No.: 2:20-cv-0229-FMO-PJW
Client/Matter: 146500

| | |
|---|---|
| Michael A. Greene, Esq.<br>Jeffrey A. Kaiman, Esq.<br>LAW OFFICES OF KAIMAN,<br>GREENE & ASSOCIATES<br>1900 Avenue of the Stars, Suite 950<br>Los Angeles, California 90067<br>Tel: (310) 789-2030<br>Fax: (310) 789-2031<br>E: mag@kaimanlaw.com | Attorneys for Plaintiff **SANDRA PARNESS** |

3

[PROPOSED] ORDER ON STIPULATION TO DISMISS ENTIRE ACTION